# Earnings Statement

TRACEY WILSON

| | | |
|---|---|---|
| Pay Date: | 08/14/2020 | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC |
| Period Start: | 07/16/2020 | 6320 AMHERST COURT |
| Period End: | 07/31/2020 | NORCROSS  GA  30092   (770) 623-4899 |

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 60.65 | 624.70 | 3891.65 |
| Bonus | | | 0.00 | 246.00 |
| Hazard Pay $2 | 2.00 | 60.65 | 121.30 | 174.10 |
| **Gross** | | 121.30 | 746.00 | 4311.75 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 22.93 | 64.03 |
| Medicare | | | 10.82 | 62.52 |
| Social Security | | | 46.25 | 267.33 |
| Georgia State W/H(S/0) | | | 24.69 | 104.41 |
| **Deductions** | | | | |
| CHILD SUPPORT $ | | | 0.00 | 721.48 |
| **Net Pay** | | | 641.31 | 3091.98  Voucher No. 261337090DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 641.31 | 3091.98  A/C:1097 |

---

Voucher No. 261337090DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 08/14/2020

## Net Pay:    641.31

Six Hundred Forty One And 31/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA   30236

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**TRACEY WILSON**

| | | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC | | Emp #: A0F9 |
|---|---|---|---|---|
| Pay Date: | 07/31/2020 | | | |
| Period Start: | 07/01/2020 | 6320 AMHERST COURT | | Dept: 530 - High Hope Home |
| Period End: | 07/15/2020 | NORCROSS  GA  30092  (770) 623-4899 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 26.40 | 271.92 | 3266.95 |
| Part Time Time Off | 0.00 | 56.00 | 0.00 | 0.00 |
| Bonus | | | 0.00 | 246.00 |
| Hazard Pay $2 | 2.00 | 26.40 | 52.80 | 52.80 |
| **Gross** | | 108.80 | 324.72 | 3565.75 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 0.00 | 41.10 |
| Medicare | | | 4.71 | 51.70 |
| Social Security | | | 20.14 | 221.08 |
| Georgia State W/H(S/0) | | | 2.74 | 79.72 |
| **Deductions** | | | | |
| CHILD SUPPORT $ | | | 0.00 | 721.48 |
| **Net Pay** | | | 297.13 | 2450.67 Voucher No. 259068517DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 297.13 | 2450.67 A/C:1097 |

---

Voucher No. 259068517DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 07/31/2020

**Net Pay:**                                                                    **297.13**

Two Hundred Ninety Seven And 13/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TRACEY WILSON**

| | | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC | |
|---|---|---|---|
| Pay Date: | 07/31/2020 | 6320 AMHERST COURT | Emp #: A0F9 |
| Period Start: | 07/01/2020 | NORCROSS  GA  30092  (770) 623-4899 | Dept: 530 - High Hope Home |
| Period End: | 07/15/2020 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 26.40 | 271.92 | 3266.95 |
| Part Time Time Off | 0.00 | 56.00 | 0.00 | 0.00 |
| Bonus | | | 0.00 | 246.00 |
| Hazard Pay $2 | 2.00 | 26.40 | 52.80 | 52.80 |
| **Gross** | | 108.80 | 324.72 | 3565.75 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 0.00 | 41.10 |
| Medicare | | | 4.71 | 51.70 |
| Social Security | | | 20.14 | 221.08 |
| Georgia State W/H(S/0) | | | 2.74 | 79.72 |
| **Deductions** | | | | |
| CHILD SUPPORT $ | | | 0.00 | 721.48 |
| **Net Pay** | | | 297.13 | 2450.67  Voucher No. 259068517DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 297.13 | 2450.67  A/C:1097 |

---

Voucher No. 259068517DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 07/31/2020

**Net Pay:** 297.13

Two Hundred Ninety Seven And 13/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**TRACEY WILSON**

Pay Date: 06/30/2020
Period Start: 06/01/2020
Period End: 06/15/2020

Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS  GA  30092    (770) 623-4899

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 10.30 | 48.20 | 496.46 | 2755.97 |
| Bonus |  |  | 0.00 | 246.00 |
| **Gross** |  | 48.20 | 496.46 | 3001.97 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(S) |  |  | 0.00 | 41.10 |
| Medicare |  |  | 7.20 | 43.53 |
| Social Security |  |  | 30.78 | 186.12 |
| Georgia State W/H(S/0) |  |  | 10.34 | 76.34 |
| **Deductions** |  |  |  |  |
| CHILD SUPPORT $ |  |  | 224.07 | 721.48 |
| **Net Pay** |  |  | 224.07 | 1933.40  Voucher No. 253926367DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 224.07 | 1933.40  A/C:1097 |

---

Voucher No. 253926367DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 06/30/2020

**Net Pay:**                                                                                                          **224.07**

Two Hundred Twenty Four And 07/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TRACEY WILSON**

| | | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC |
|---|---|---|
| Pay Date: | 06/15/2020 | 6320 AMHERST COURT |
| Period Start: | 05/16/2020 | NORCROSS GA 30092 (770) 623-4899 |
| Period End: | 05/31/2020 | |

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

| | | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | 10.30 | 60.68 | 625.00 | 2259.51 |
| Bonus | | | | 0.00 | 246.00 |
| | Gross | | 60.68 | 625.00 | 2505.51 |
| **W/H Taxes** | | | | | |
| Federal W/H(S) | | | | 10.83 | 41.10 |
| Medicare | | | | 9.06 | 36.33 |
| Social Security | | | | 38.75 | 155.34 |
| Georgia State W/H(S/0) | | | | 17.73 | 66.00 |
| **Deductions** | | | | | |
| CHILD SUPPORT $ | | | | 274.32 | 497.41 |
| | Net Pay | | | 274.31 | 1709.33 Voucher No. 251651137DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | | 274.31 | 1709.33 A/C:1097 |

---

Voucher No. 251651137DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA  30092
770-623-4899
Dept: 530

DATE: 06/15/2020

**Net Pay:** 274.31

Two Hundred Seventy Four And 31/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**TRACEY WILSON**

| | |
|---|---|
| Pay Date: 05/29/2020 | Emp #: A0F9 |
| Period Start: 05/01/2020 | Dept: 530 - High Hope Home |
| Period End: 05/15/2020 | Pay Basis: Hourly |

Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS  GA  30092  (770) 623-4899

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 47.98 | 494.19 | 1634.51 |
| Bonus | | | 0.00 | 246.00 |
| **Gross** | | 47.98 | 494.19 | 1880.51 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 0.00 | 30.27 |
| Medicare | | | 7.17 | 27.27 |
| Social Security | | | 30.64 | 116.59 |
| Georgia State W/H(S/0) | | | 10.21 | 48.27 |
| **Deductions** | | | | |
| CHILD SUPPORT $ | | | 223.09 | 223.09 |
| **Net Pay** | | | 223.08 | 1435.02 Voucher No. 249291621DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 223.08 | 1435.02 A/C:1097 |

---

Voucher No. 249291621DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 05/29/2020

**Net Pay:**                                                                                            **223.08**

Two Hundred Twenty Three And 08/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**NON-NEGOTIABLE**



# Earnings Statement

**TRACEY WILSON**

| | | |
|---|---|---|
| Pay Date: | 05/15/2020 | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC |
| Period Start: | 04/16/2020 | 6320 AMHERST COURT |
| Period End: | 04/30/2020 | NORCROSS  GA  30092   (770) 623-4899 |

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 55.67 | 573.40 | 1140.32 |
| Bonus | | | 246.00 | 246.00 |
| **Gross** | | 55.67 | 819.40 | 1386.32 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 30.27 | 30.27 |
| Medicare | | | 11.88 | 20.10 |
| Social Security | | | 50.80 | 85.95 |
| Georgia State W/H(S/0) | | | 28.91 | 38.06 |
| **Deductions** | | | | |
| **Net Pay** | | | 697.54 | 1211.94  Voucher No. 247025663DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 697.54 | 1211.94  A/C:1097 |

---

Voucher No. 247025663DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 05/15/2020

**Net Pay:** 697.54

Six Hundred Ninety Seven And 54/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TRACEY WILSON**

| | | |
|---|---|---|
| Pay Date: | 04/30/2020 | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC |
| Period Start: | 04/01/2020 | 6320 AMHERST COURT |
| Period End: | 04/15/2020 | NORCROSS  GA  30092   (770) 623-4899 |

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 10.30 | 46.09 | 474.73 | 566.92 |
| Gross | | 46.09 | 474.73 | 566.92 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 0.00 | 0.00 |
| Medicare | | | 6.88 | 8.22 |
| Social Security | | | 29.43 | 35.15 |
| Georgia State W/H(S/0) | | | 9.15 | 9.15 |
| **Deductions** | | | | |
| Net Pay | | | 429.27 | 514.40  Voucher No. 244618082DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 429.27 | 514.40  A/C:1097 |

---

Voucher No. 244618082DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 04/30/2020

## Net Pay:                                                              429.27

Four Hundred Twenty Nine And 27/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***



**Earnings Statement**                                                                                          TRACEY WILSON

|  |  |
|---|---|
| Pay Date: 04/15/2020 | Company: 0HH05 - DEVELOPMENTAL DISABILITES MINISTRIES INC |
| Period Start: 03/16/2020 | 6320 AMHERST COURT |
| Period End: 03/31/2020 | NORCROSS  GA  30092   (770) 623-4899 |

Emp #: A0F9
Dept: 530 - High Hope Home
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Regular | 10.30 | 8.95 | 92.19 | 92.19 |
| **Gross** |  | 8.95 | 92.19 | 92.19 |
| **W/H Taxes** |  |  |  |  |
| Federal W/H(S) |  |  | 0.00 | 0.00 |
| Medicare |  |  | 1.34 | 1.34 |
| Social Security |  |  | 5.72 | 5.72 |
| Georgia State W/H(S/0) |  |  | 0.00 | 0.00 |
| **Deductions** |  |  |  |  |
| **Net Pay** |  |  | 85.13 | 85.13  Voucher No. 242446198DD |
| **Net Pay Distribution** |  |  |  |  |
| Direct Deposit Net Check |  |  | 85.13 | 85.13  A/C:1097 |

---

Voucher No. 242446198DD

DEVELOPMENTAL DISABILITES MINISTRIES INC
6320 AMHERST COURT
NORCROSS, GA   30092
770-623-4899
Dept: 530

DATE: 04/15/2020

**Net Pay:**                                                                                                      **85.13**

Eighty Five And 13/100 Dollars

TRACEY WILSON
304 FAYETTVILLE RD
JONESBORO, GA  30236

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

-297.13
224.07
-223
-129